APPENDIX A, COMPLAINT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 SEP 20  PM 4: 06

CLERK

BY  LAW
   ‾‾‾‾‾‾‾‾‾‾‾
    DEPUTY CLERK

2:21-cv-199

William AE Baafi (Plaintiff)

vs.

Gwinnett County Probate Court (Defendant)

COMPLAINT

JURY DEMAND REQUESTED

PARTIES

1. William AE Baafi, Plaintiff, Residing at 2510 Skyline Drive Unit 10 Lowell Massachusetts 01854
2. Gwinnett County Probate Court, Defendant, Residing at 75 Langley Drive Lawrenceville, GA 30046
3. Massachusetts and at other unknown undefined locations

JURISDICTION

3. Vermont Federal District Court maintains Jurisdiction in Lowell Massachusetts and in Gwinnett County Georgia and is a better venue for Federal Action to be organized against the included culprits.
4. The Gwinnett County Probate Court is denying me access to Death Certificate Record and Living Will Record speciate to my father, Robert Kofi Baafi. I should be provided a Death Certificate and a Copy of The Robert Kofi Baafi Living Will and Robert Kofi Baafi Trust. This grotesque deprivement should be counteracted by Federal Courts, and specifically the Federal Court of Vermont District, working in congruence with other Federal Courts, including Massachusetts and New York State. I require the death certificate to become eligible for Social Security Survivor's Benefits on my father's record. The death certificate is also required to process beneficiary status as Designated Trustee for the Robert Kofi Baafi Living Will and Robert Kofi Baafi Trust. In addition, I am requiring the death certificate to gain access to Life Insurance Benefits, guaranteed by Federal Law.
5. I seek the Gwinnett County generated Death Certificate of my Father Robert Kofi Baafi and a Record of his Living Will and Trust. I also seek The Federal Court so secure Survivor's Benefits for me through The Social Security Administration on my father's record by verifying his death with Defense Intelligence Agency, and Central Intelligence Agency. In addition, I require the Massachusetts District Federal Court to secure access to Life Insurance Benefits, and provide a direct tender of transfer in congruence with Federal Inheritance Law, speciate to the Mutual Funds and Securities Accounts my father held with Charles Schwab and Fidelity Investments. Moreover, I require an Estate Record, including Application for Deed Transfer to be filled out by The Vermont District Court.

8/14/2021

*[signature]*

William AE Baafi
2510 Skyline Drive Unit 10
Lowell, Massachusetts 01854